AO 245B (Rev. TNED 10/2019) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | AMBER LEA HAMM | Judgment - Page 2 of 7 |
| CASE NUMBER: | 2:22-CR-00099-JRG-CRW(7) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**151 months as to count nineteen.** This sentence shall be served concurrently to any sentence which may be imposed in Washington County Criminal Court Docket Number 2022-CR-48757. This sentence shall be served concurrently to any sentence which may be imposed in Washington County Criminal Court Docket Number 43386.

☒ The court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served after the 50 days that the defendant served on the probation revocation in Carter County Sessions Court, W378581, which the defendant was arrested for on 07/11/2022.
2. 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.
3. Receive a complete physical and mental health evaluation and receive appropriate treatment while in the custody of the Bureau of Prisons.
4. Participate in a full range of educational classes and training to learn a trade or marketable skills while incarcerated.
5. Designation to the BOP federal facility FCI Tallahassee, FL.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at      ☐ a.m.    ☐ p.m.    on
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _March 08 2024_
to _FCI, TALLAHASSEE_
at _TALLAHASSEE, FL._
with a certified copy of this judgment.

_for Warden J. Gabby_
UNITED STATES MARSHAL

By _Robinson_
DEPUTY UNITED STATES MARSHAL

Last Name: HAMM
First Name: AMBER
Middle Name: LEA
Suffix:
Height: 5'04"
Weight: 240
Hair: GRAY
Eye: BLUE
Regno: 26344-510
Facility:

2024-03-08